**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Lindsey Shepard ) | CIVIL ACTION NO. 1:13-CV-12216-MBB |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Plaza Recovery, et al. ) | |
|     Defendant ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Law Offices Howard Lee Schiff, P.C., hereby discloses that it is a law firm that has no parent company and it is not publicly traded.

> DEFENDANT, LAW OFFICES HOWARD LEE SCHIFF PC
> /S/ *Karen Wisniowski*
> Karen Wisniowski  BB0#633018
> Law Offices Howard Lee Schiff PC
> 25 Southbridge Street
> Building 2, Suite
> Telephone (866)234-7606
> Fax (508) 753 0260
> kwisniowski@hlschiffpc.com

Dated: October 9, 2013.

### CERTIFICATION OF SERVICE

    I state on information and believe that the court will transmit a Notice of Electronic Filing relative to this document electronically to the persons and parties listed below as being served electronically and that such transmittal will, pursuant to Electronic Filing Rule 9(a), constitute service hereof on such persons and parties listed below as being served by mail by mailing to the indicated address.

**PLAINTIFF**
Lindsey Shepard
15 Beechwood Road
Braintree, MA 02184

                                        /s/Karen J Wisniowski