UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lindsey Shepard ) | CIVIL ACTION NO. 1:13-CV-12216-MBB |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Plaza Recovery, et al. ) | |
|    Defendant ) | |

**MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO THE PROVISIONS OF FED. R. CIV. P. 12(c) and MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) AS TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, LAW OFFICES HOWARD LEE SCHIFF, P.C., (hereinafter "Schiff Law Offices") hereby moves this Court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and in the alternative moves to dismiss the complaint under Rule 12(b)(6) on the grounds that there are no viable causes of action against Schiff Law Offices with respect to the Plaintiff's allegations that Schiff Law Offices, violated the Fair Debt Collection Practices Act , 15 U.S.C. sec 1692, et seq. , Fair Credit Reporting Act, 15 U.S.C. sec 1681 et seq.,  Telephone Communication Act, 47 U.S.C. sec 227, 940 CMR 7.00 and M.G.L. c. 93A.

Schiff Law Offices is entitled to judgment in its favor as a matter of law

                                      DEFENDANT, LAW OFFICES HOWARD LEE SCHIFF PC
                                      /S/ _Karen Wisniowski_
                                      Karen Wisniowski  BB0#633018
                                      Law Offices Howard Lee Schiff PC
                                      25 Auburn Street, STE 2, BLDING 2
                                      Auburn, MA 01501
                                      Telephone (866)234-7606
                                      Fax (508) 753 0260
                                      kwisniowski@hlschiffpc.com

Dated: October 9, 2013

CERTIFICATION OF SERVICE

      I state on information and believe that the court will transmit a Notice of Electronic Filing relative to this document electronically to the persons and parties listed below as being served electronically and that such transmittal will, pursuant to Electronic Filing Rule 9(a), constitute service hereof on such persons and parties listed below as being served by mail by mailing to the indicated address.

**PLAINTIFF**
Lindsey Shepard
15 Beechwood Road
Braintree, MA 02184

                /s/Karen J Wisniowski

**Local Rule 7.1 Certification**

I hereby certify that that a counsel for the defendant and the plaintiff have conferred and have attempted in good faith to resolve or narrow the issues in accordance with Local Rule 7.1

                /s/ *Karen J. Wisniowski*
                Karen J. Wisniowski

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**