IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**LINDSEY SHEPARD**

**Plaintiff**

V                                                         Case #: 113-cv-12216-MBB

**Plaza Recovery et al**

**Defendants**

### MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT LUSTIG GLASER & WILSON P.C, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Now comes the plaintiff Lindsey Shepard to request the court for a Thirty Day extension to file an opposition to defendant Lustig Glaser & Wilson's Motion to dismiss for failure to state a claim.

I emailed attorney Hogencamp to confer with him regarding the request for a thirty day extension but he opposed the extension.

Respectfully Submitted

Lindsey Shepard

15 Beechwood Road

Braintree, Ma

Lindsey2shepard@gmail.com

617-756-9638

**Brian F. Hogencamp**

Lustig, Glaser & Wilson P.C.

245 Winter Street

Suite 300

Waltham, MA 02451

781-449-3000

Email: bhogencamp@lgw.com