6177569638

Brian F Hogencamp

Lustig, Glaser & Wilson P.C.

245 Winter St

Suite 300

Waltham, MA 02451

781-449-3000

Email: BHogencamp@lgw.com

FILED
IN CLERKS OFFICE

2013 OCT 18 P 2:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil action #
113-CV-12216-MBB

## RULE 7.1(A)(2) CERTIFICATE

I, Lindsey Shepard, hereby certify that I have attempted to confer with opposing counsel in a good faith effort to resolve or narrow the issues raised herein.

## CERTIFICATION AND CERTIFICATE OF SERVICE

I further certify that on October 18, 2013 a true copy of the foregoing Motion for Extensions of time in which to answer or otherwise respond to Defendants motion to dismiss for failure to state a claim was mailed to the attorney of record by first-class mail, postage prepaid by Lindsey Shepard. For Lustig Glaser and Wilson motion I filed on 10/11/13 #36

*Lindsey Shepard*

Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2Shepard@gmail.com

6177569638


Brian F Hogencamp

Lustig, Glaser & Wilson P.C.

245 Winter St

Suite 300

Waltham, MA 02451

781-449-3000

Email: BHogencamp@lgw.com