IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS



**LINDSEY SHEPARD**

**Plaintiff**

V  Case #: 113-cv-12216-MBB

**Plaza Recovery et al**

**Defendants**

## MOTION TO DISMISS WITH PREDJUDICE

Now comes the plaintiff Lindsey Shepard to request the court to dismiss NCB Management Services, Inc. from the lawsuit case number 113-cv-12216-MBB, Plaintiff & Defendant has settled their differences.

Respectfully Submitted

*Lindsey Shepard*
Lindsey Shepard

15 Beechwood Road

Braintree, Ma

Lindsey2shepard@gmail.com

617-756-9638

## CERTIFICATE OF SERVICE

I Lindsey Shepard the plaintiff in case number 113-cv-12216-MBB certify that all parties have been send a copy of the above motion on this 1st day of November 2013 by USPS first class mail.

Respectfully Submitted

*Lindsey Shepard*
Lindsey Shepard

15 Beechwood Road

Braintree, Ma

Lindsey2shepard@gmail.com

617-756-9638

**Jennifer L. Markowski**

Peabody & Arnold LLP

Federal Reserve Plaza

600 Atlantic Avenue

Boston, MA 02210-2261

617-951-2010

Email: jmarkowski@peabodyarnold.com

Daniel W. Pisani, Attorney

Sessions, Fishman, Nathan & Israel, L.L.C.

Direct: 312.578.0994

dpisani@sessions-law.biz

55 W. Monroe St., Ste.1120, Chicago, IL 60603-5130