IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**LINDSEY SHEPARD**

**Plaintiff**

V  Case #: 113-cv-12216-MBB

**Plaza Recovery et al**

**Defendants**

## PLAINTIFF'S RESPONSE TO DEFENDANT LUSTIG GLASER AND WILSON'S OPPOSITION TO AN EXTENSION OF TIME

In defendant Lustig's opposition for an extension of time it was stated in paragraph 4 that defendant served "a copy of the appearance in the case, along with a waiver of service and other documentation. All of that documentation was served upon the plaintiff by mail, as required. The cover letter sent to plaintiff dated September 10, 2013 indicated LGW's intention to file a motion to dismiss the complaint and/or for a more definitive statement and request that plaintiff contact counsel for LGW pursuant to local rule 7.1. A copy of said letter is annexed as Exhibit A." I, Lindsey Shepard, never received this package as it was addressed incorrectly. The package was addressed to 18 Beechwood Rd. Braintree MA 02184. This is not my address nor does this address even exist. My correct address is 15 Beechwood Rd. Braintree MA 02184. Exhibit A, which Lustig attached to their motion, clearly shows that they made an error.

Respectfully submitted,

*Lindsey Shepard*

Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2Shepard@gmail.com

CERTIFICATION AND CERTIFICATE OF SERVICE

I further certify that on November 12, 2013 a true copy of the foregoing Motion for Extensions of time in which to answer or otherwise respond to Defendants motion for failure to state a claim was mailed to the attorney of record by first-class mail, postage prepaid by Lindsey Shepard.

*Lindsey Shepard*

Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2shepard@gmail.com

6177569638

Brian F Hogencamp

Lustig, Glaser & Wilson P.C.

245 Winter St

Suite 300

Waltham, MA 02451

781-449-3000

Email: BHogencamp@lgw.com