UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

2014 FEB 19 P 3:58

LINDSEY SHEPARD

**Plaintiff**

V.

Plaza Recovery et al

Defendants

Civil Action No. 1:13-cv-12216-WGY

## **NOTICE TO THE COURT**

Now comes Plaintiff Lindsey Shepard, to notify the court, that she has sent Lustig, Glaser, and Wilson, and the Law offices of Howard Lee Schiff a Joint Statement Pursuant and subject to the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts. Both defendants have received this and Plaintiff will notify the court once all parties have conferred and once the joint statement is completed.

Respectfully Submitted,



Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2Shepard@gmail.com

6177569638


**Karen J. Wisniowski**

Law Office of Howard Lee Schiff, P.C.

25 Southbridge Street, Building 2, Suite 2

Auburn, MA 01501

508-753-9991

Fax: 508-753-0260

Email: kwisniowski@hlschiffpc.com

**Brian F. Hogencamp**

Lustig, Glaser & Wilson P.C.

245 Winter Street

Suite 300

Waltham, MA 02451

781-449-3000

Email: bhogencamp@lgw.com

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LINDSEY SHEPARD

**Plaintiff**                                                                   Civil Action No. 1:13-cv-12216-WGY

    V.

Plaza Recovery et al

Defendants

# CERTIFICATE OF SERVICE

I Lindsey Shepard the plaintiff certify that on February 19, 2014 a true copy of the foregoing Notice to the court was emailed & mailed to the defendants attorneys of record by first-class mail, postage prepaid by Lindsey Shepard.

Respectfully Submitted



Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2Shepard@gmail.com

6177569638

**Karen J. Wisniowski**

Law Office of Howard Lee Schiff, P.C.

25 Southbridge Street, Building 2, Suite 2

Auburn, MA 01501

508-753-9991

Fax: 508-753-0260

Email: kwisniowski@hlschiffpc.com

**Brian F. Hogencamp**

Lustig, Glaser & Wilson P.C.

245 Winter Street

Suite 300

Waltham, MA 02451

781-449-3000

Email: bhogencamp@lgw.com