UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lindsey Shepard<br>　　　　Plaintiff<br><br>v.<br><br>Plaza Recovery, et al.<br>　　　　LGW | C.A. No.: 1:13-cv-12216 WGY |

## LUSTIG, GLASER & WILSON, P.C.'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. RULE 56(c)

Defendant LGW hereby moves for summary judgment to dismiss all remaining Counts of Plaintiff's complaint as against LGW on grounds "that there is no genuine issue as to any material fact and that [they are] entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). This Court has previously dismissed Counts I, II and a portion of Count III of Plaintiff's complaint as against LGW. In support, LGW files a statement of material facts, memorandum of law with the Affidavit of Kenneth C. Wilson and Exhibits A through K. LGW also relies on all evidence of record previously submitted in this case, including, but not limited to, Plaintiff's complaint and exhibits attached thereto; LGW's motion to dismiss and the exhibits annexed thereto; Plaintiff's opposition to LGW's motion to dismiss and LGW's reply, along with the exhibits annexed thereto; and Defendant's Answer to the Complaint.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Defendant LGW
　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRIAN F. HOGENCAMP, ESQ
　　　　　　　　　　　　　　　　　　　　LUSTIG, GLASER & WILSON P.C
　　　　　　　　　　　　　　　　　　　　P.O. BOX 549287
　　　　　　　　　　　　　　　　　　　　WALTHAM, MA 02454
　　　　　　　　　　　　　　　　　　　　BHOGENCAMP@LGW.COM

## Certificate of Service

I, Brian F Hogencamp Esq, hereby certify that this document has been served electronically via the ECF system upon all registered participants as identified on the Notice of Electronic Filing, and paper copies were sent Lindsey Shepard at 15 Beechwood Rd, Braintree, MA 02184-3710 on February 20 2014.

_____
Brian F Hogencamp, Esq