UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lindsey Shepard<br>    Plaintiff<br><br>v.<br><br>Plaza Recovery, et al.<br>    LGW | C.A. No.: 1:13-cv-12216 WGY |

### DEFENDANT LUSTIG, GLASER & WILSON, P.C.'S
### STATEMENT OF MATERIAL FACTS

1. LGW received a claim for collection from its client, Citibank, as against Plaintiff on September 22, 2010. An affidavit from Kenneth C. Wilson, Esq, President of LGW is annexed hereto as Exhibit A.

2. LGW received the claim with a notation that Plaintiff was represented by the Consumer Law Group, PA.

3. On September 24, 2010, LGW sent its initial letter, including the required validation rights notices per 15 USC 1692(g), to Plaintiff's counsel. A copy is annexed hereto as Exhibit B. (Please note, the original letter sent was a single, page, two sided document. It is annexed here as 2 pages for filing/scanning purposes). Exhibit B has been redacted per applicable rules.

4. On September 28, 2010, LGW received a number of letters from Consumer Law Group PA, on behalf of Plaintiff, including request for validation; a power of attorney signed by Plaintiff on July 8, 2010; a "cease and desist" request per 15 USC 1692c; and an offer of settlement. Copies are annexed hereto as Exhibit C. Exhibit C has been redacted per applicable rules.

1

5. On December 7, 2010 LGW sent a letter to Plaintiff's counsel, Consumer Law Group PA with the response to request for validation and validation of the alleged debt. A copy is annexed as Exhibit D. Exhibit D has been redacted per applicable rules.

6. LGW has properly validated the debt pursuant to both 15 USC 1692 and the applicable state statutes.

7. LGW filed a lawsuit on behalf of Citibank as against Plaintiff in the Stoughton District Court on December 13, 2010 under docket number 201055 CV 1095.

8. A default judgment was entered by the Stoughton District Court as against Plaintiff on January 28, 2011. A copy is annexed hereto as Exhibit E.

9. On July 26, 2012 Plaintiff post-marked a letter to LGW, advising that she was no longer represented by Consumer Law Group P.A. Said Letter also gave LGW express permission to contact Plaintiff via mail, email or cell phone. A copy of Plaintiff's letter is annexed hereto as Exhibit F.

10. On August 22, 2012 LGW received a second letter from the Plaintiff, which included a request for validation of the debt. LGW responded on August 23, 2012 advising Plaintiff that her request for validation was not timely. Copies of August 22 and 23 letters are annexed as Exhibit G.

11. LGW received a response from Plaintiff on or about August 27, 2012 indicating that Plaintiff had not received validation, and that she had never retained counsel. LGW's response to Plaintiff dated September 5, 2012 included not only copies of the correspondence received from Plaintiff's attorneys (Exhibit C), which included a power of attorney signed by the Plaintiff, but also LGW's response to Plaintiff's counsel

(Exhibit D). Copies of the August 27 and September 5, 2012 letters are annexed as Exhibit H.

12. LGW made no calls to Consumer Law Group P.A. regarding Plaintiff. A copy of LGW's call log is annexed hereto as Exhibit I.

13. LGW made no calls and made no attempt to contact the Plaintiff from September 22, 2010 through November 13, 2010 (the dates of the alleged calls made to Plaintiff contained on page 7, paragraph 23 of Plaintiff's Opposition to LGW's motion to dismiss, a copy of which is annexed as Exhibit J). LGW's call log for Plaintiff's file is annexed as Exhibit I.

14. LGW has never called the telephone number listed by Plaintiff on page 8, paragraph 47 of her Complaint, (See Exhibit K) or the number Plaintiff listed in her letter to LGW attached hereto as Exhibit F. (See Exhibit I for call log).

> Respectfully submitted,
> Defendant LGW
> By its attorney,
>
> _____
> BRIAN F. HOGENCAMP, ESQ
> LUSTIG, GLASER & WILSON P.C
> P.O. BOX 549287
> WALTHAM, MA 02454
> BHOGENCAMP@LGW.COM

### Certificate of Service

I, Brian F Hogencamp Esq, hereby certify that this document has been served electronically via the ECF system upon all registered participants as identified on the Notice of Electronic Filing, and paper copies were sent Lindsey Shepard at 15 Beechwood Rd, Braintree, MA 02184-3710 on February 10, 2014.

_____
Brian F Hogencamp Esq