UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LINDSEY SHEPARD

**Plaintiff**  Civil Action No. **1:13-cv-12216-WGY**

V.

Plaza Recovery et al

Defendants

## PLAINTIFF JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts, the plaintiff and counsel for the defendant have conferred concerning an agenda of matters to be discussed at the scheduling conference (scheduled for March 27, 2014) and a proposed pretrial schedule for the case and hereby submit the following Joint Statement:

1. **Proposed Agenda**

    a. The parties suggest that an appropriate agenda for the scheduling conference would include setting a pretrial schedule, and establishing the scope of permissible discovery motions, and case management conferences.

2. **Pending Motion**

    Defendant, LGW, has a motion for Summary Judgment currently before the Court. At this time, no hearing has been scheduled.

3.  **Summary of Position Asserted by Plaintiff**

   Plaintiff alleges that defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq., the Telephone Consumer Protection Act, 47 U.S.C. §227(a) et seq., Massachusetts Debt Collection Regulation Act and the Massachusetts Unfair & Deceptive Trade Practices Act 93a.

   Plaintiff asserts the need for a protective order to be entered by the Court to protect against public disclosure of certain confidential information which the Plaintiff anticipates will be requested by the Defendant in discovery.

4.  **Summary of Position Asserted by Defendant**

   Defendant LGW denies that it violated any law and asserts the affirmative defenses set forth in its Answer.

   Defendant HLS denies that it violated any state or federal debt collection laws and asserts the affirmative defenses in its Answer and in its Motion to Dismiss /Motion for Judgment on the Pleadings. HLS reserves the right to modify, update, and/or supplement their Statement as permitted by the Rules and as additional facts are developed during the course of this litigation.

5.  **Proposed Pre-Trial Schedule**

   (a) Initial Disclosures shall be completed no later than March ~~31~~ 24, 2014.

   (b) Fact Discovery: All fact discoveries shall be completed on or before September 30, 2014

   (c) Naming Additional Parties, Amending Pleadings: These requests shall be filed October 26, 2014 with oppositions due 15 days after their filing.

    (d)    Expert Witness Disclosures: Plaintiff's expert disclosures shall be made on or before October 26, 2014 and defendant's disclosures within 30 days after plaintiff's are complete.

            Defendant, LGW and HLS, does not anticipate calling an Expert witness at this time.

    (e)    Expert Discovery: If any, it shall be completed following fact discovery and expert disclosures, by October 1, 2014

    (f)    Dispositive Motions: Any such motions shall be filed on or before October 26, 2014

            Oppositions shall be due October 28, 2014   Any reply to opposition shall be due on or before November 13, 2015

## 6. Trial by Magistrate Judge

Plaintiff does not consent to trial by Magistrate Judge. The parties jointly estimate that the trial will require one day on December 1, 2014.

## 7. Rule 16.1(c) Settlement Proposals

Plaintiff Lindsey Shepard has sent both Defendants Settlement Demands. The parties continue to discuss settlement options, although no agreement has been reached at this time.

## 8. Rule 16.1(d)(3) Certifications

These will be submitted separately.

### RULE 7.1(A)(2) CERTIFICATE

I, Lindsey Shepard, hereby certify that I have conferred with opposing counsel in a good faith effort to resolve or narrow the issues raised herein.

### CERTIFICATION AND CERTIFICATE OF SERVICE

I further certify that on March 4, 2014 a true copy of the foregoing Motion for Extensions of time in which to answer or otherwise respond to Defendants motion to dismiss for failure to state a claim was mailed to the attorney of record by first-class mail, postage prepaid by Lindsey Shepard.

Lindsey Shepard

15 Beechwood Rd.

Braintree MA 02184

Lindsey2Shepard@gmail.com

6177569638

Respectfully submitted,

Lindsey Shepard
Plaintiff, pro se

*Lindsey Shepard*

Lindsey Shepard