UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lindsey Shepard ) | CIVIL ACTION NO. 1:13-CV-12216-WGY |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Plaza Recovery, et al. ) | |
|     Defendant ) | |

## STATEMENT OF NON DISPUTED FACTS

Defendant, LAW OFFICES HOWARD LEE SCHIFF, P.C., (hereinafter "Schiff Law Offices" or "Defendant") pursuant to Fed.R.Civ.P. 56, L.R. 56.1 and L.R. 7.1 hereby provides in support of its summary judgment motion a state of non disputed facts as follows:

### Factual Background As to Non Disputed Facts

1.  Schiff Law Offices, located in East Hartford, Connecticut, is a firm that specializes in creditor's rights litigation.  The firm devotes substantial time, efforts and resources to compliance issues regarding federal and state consumer protection laws.

2.  Schiff Law Offices was retained by Defendant Midland Funding, LLC [hereinafter "Midland" or "client"]  to recover a balance due and owed by Ms. Shepard on a credit account, which was originally issued by HSBC and later acquired through assignment by Midland Funding, LLC.

3.  In accordance with 15 U.S.C. § 1692g(a) and 940 CMR 7.00 et seq. Schiff Law Offices on or around August 3, 2011, sent Ms. Shepard a validation notice.  [See Doc 32, att 1, Exhibit A, Affidavit in Support]  The letter was addressed to Ms. Shepard's last known address at 572 Park Street, Stoughton, MA 02072, which is the same address that Ms. Shepard provided to the court when filing her motion to remove default under state court action, *Citibank (South Dakota) N.A v. Lindsey Shepard,* Stoughton District Court, Civil Action No: 1055CV1095 and Supplementary Process No: 1155SP000105. [See Doc 9-

6]. This document is dated August 1, 2012.

4.     Under 15 USC § 1692g(b) and 940 CMR 7.00 et seq. Ms. Shepard had thirty days to dispute the Account.  Schiff Law Offices has no record of ever receiving within the thirty day period any notice from Ms. Shepard disputing the Account.  On or around June 12, 2012, Schiff Law Offices received from its client a letter dated May 8, 2012, which was authored by Ms. Shepard, addressed and mailed to Midland Funding, LLC.  [See Doc 32, att 2, Exhibit B, Affidavit in Support].

5.     Despite the expiration of the validation period, Schiff Law Offices treated this letter as a request for validation and on or around June 13, 2012, sent Ms. Shepard validation of the Account. [See Doc 32, att 3, Exhibit C, Affidavit in Support].  In response to this letter, Ms. Shepard in a letter dated June 20, 2012 again requested validation of the debt. [See Doc 32, att 4, Exhibit D, Affidavit in Support].

6.     The return address for the June 20th and May 8th letters was 572 Park Street, Stoughton, MA 02072, which is the same address Schiff Law Offices used when sending out its August 3, 2011 Demand [See Doc 32, att1, 2, 4, Exhibits A, B and D, Affidavit in Support].

7.     Since the validation period had expired and Schiff Law Offices already validated the debt, Schiff Law Offices did not respond to this letter.   On or around November 5, 2012, Ms. Shepard sent an additional letter addressed to Schiff Law Offices requesting validation of the debt. [See Doc 32, att 5, Exhibit E, Affidavit in Support]

8.     Schiff Law Offices did respond to this letter and on or around November 12, 2012 provide Ms. Shepard with additional information in support of the Account. [See Doc 32, att 6, Exhibit F, Affidavit in Support].  In response to this letter, Ms. Shepard sent another letter dated December 8, 2012 requesting validation of the debt.  [See Doc 32, att 7, Exhibit G, Affidavit in Support] Since there was no requirement under state or federal for Schiff Law Offices to respond to the December 8th letter, it chose not to.   This

letter does not comport with the statutory requirements regarding a proper demand made pursuant to G.L. c. 93A § 9(3) which is a prerequisite for filing a claim under this statute and Schiff Law Offices has no record of receiving any additional letters.

DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF P.C.
/S/ *Karen Wisniowski*
Karen Wisniowski , 633018
Law Offices Howard Lee Schiff PC
25 Southbridge Street, Building 2, STE 2
Auburn, MA 01501
Telephone (866)234-7606
Fax (860) 528 7602

Dated: March 27, 2014

### CERTIFICATION OF SERVICE

I state on information and believe that the court will transmit a Notice of Electronic Filing relative to this document electronically to the persons and parties listed below as being served electronically and that such transmittal will, pursuant to Electronic Filing Rule 9(a), constitute service hereof on such persons and parties listed below as being served by mail by mailing to the indicated address.

**PLAINTIFF**
Lindsey Shepard
15 Beechwood Road
Braintree, MA 02184

/s/Karen J Wisniowski