UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDSEY SHEPARD,<br><br>        Petitioner,<br><br>    v.<br><br>PLAZA RECOVERY, EQUABLE ASCENT FINANCIAL LLC, NCB MANAGEMENT SERVICES INC., LUSTIG GLASER & WILSON, NCO FINANCIAL SYSTEMS, INC., NORTHERN LEASING SYSTEMS INC., MIDLAND CREDIT MANAGEMENT, VALENTINE & KEBARTAS, HOWARD LEE SCHIFF,<br><br>        Respondents. | CIVIL ACTION<br>NO. 13-12216-WGY |

YOUNG, D.J.                                                      May 14, 2014

### ORDER

At the motion hearing on May 9, 2014, Lindsey Shepard declared in open court that certain facts, essential to establishing her claim, were presently not available to her. Accordingly the Court will defer considering the motion for 14 days to allow time for Shepard to obtain this information. See Fed. R. Civ. P. 56(d).

**SO ORDERED.**

*William G. Young* (signature)
WILLIAM G. YOUNG
DISTRICT JUDGE