UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lindsey Shepard | ) | CIVIL ACTION NO. 1:13-CV-12216-WGY |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Plaza Recovery, et al. | ) | |
|     Defendant | ) | |

Certificate of Compliance and Service

    In accordance with the court's order dated June 5, 2014 [Doc 104], the defendant, Law Offices Howard Lee Schiff, P.C. files this certificate of compliance stating that it has supplemented its answers to interrogatories as ordered by the court and its responses to its document requests as ordered by the court.

    I further state that on information and believe that the court will transmit a Notice of Electronic Filing relative to this document electronically to the persons and parties listed below as being served electronically and that such transmittal will, pursuant to Electronic Filing Rule 9(a), constitute service hereof on such persons and parties listed below as being served by mail by mailing to the indicated address.

**Electronically**

Brian Hogencamp at bhogencamp@lgw.com

**PLAINTIFF**
Lindsey Shepard
15 Beechwood Road
Braintree, MA 02184

                        DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF P.C.
                        /S/ *Karen Wisniowski*
                        Karen Wisniowski , 633018
                        Law Offices Howard Lee Schiff PC
                        25 Southbridge Street, Building 2, STE 2
                        Auburn, MA 01501
                        Telephone (866) 234-7606
                        Fax (860) 528 7602

Dated:  June 27, 2014